# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) | |
| ROSALIND L. WYNNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-4035-RDR |
| ) | |
| BLUE CROSS-BLUE SHIELD ) | |
| OF KANSAS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter comes before the court on plaintiff's Motion to Compel Production of Documents (Doc. 61). Defendant filed a timely response (Doc. 65)[1] to which plaintiff did not file a reply. The issues are thus fully briefed and ripe for decision. The parties held a status conference with the court on July 21, 2006 (Doc. 66) and again on November 9, 2006 (Doc. 73).

During the November 9, 2006 telephone status conference, the parties informed the court that the discovery matters at issue in the present motion to compel had been resolved. The parties further informed the court that they had completed all discovery and no pending discovery issues existed  Accordingly,

**IT IS THEREFORE ORDERED** that plaintiff's Motion to Compel Production of Documents (Doc. 61) is hereby denied as moot.

---

[1] Plaintiff filed her Motion to Compel (Doc. 61) on July 5, 2006 and defendant filed its response on July 19, 2006, pursuant to D. Kan. R. 6.1(d)(1).

**IT IS SO ORDERED.**

Dated this 9th day of November, 2006, at Topeka, Kansas.

                                           s/ K. Gary Sebelius  
                                          K. Gary Sebelius  
                                          U.S. Magistrate Judge